United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LESTER DEAN WILLIAMS, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. H-15-3438 |
| § | |
| LORIE DAVIS, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONAL § | |
| INSTITUTIONS DIVISION, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge filed on October 25, 2016, which Memorandum and Recommendation is adopted in its entirety as the opinion of this Court, that Respondent's Motion for Summary Judgment (Document No. 9) is GRANTED, Petitioner's Motion for Summary Judgment (Document No. 14) is DENIED, Petitioner's Federal Application for Writ of Habeas Corpus (Document No. 1) is DENIED, and this case is DISMISSED WITH PREJUDICE as time-barred. It is further

ORDERED that a Certificate of Appealability is DENIED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 29TH day of November, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE